

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00326-CV

Zulema J. **GARZA**,
Appellant

v.

Zulema J. **GARZA**, Jose Juan Garza, II, Andres Garza, Alejandro Garza, and Gabriel Garza,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVK-002209-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The reporter's record was due by July 11, 2022, but it was not filed. On July 27, 2022, the court reporter filed a notification of late record requesting an extension until August 24, 2022. After consideration, we **grant** the court reporter's request for an extension, and we **order** the court reporter to file the record **by August 24, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court